IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TASHANA MURRELL<br>*Plaintiff,* | CIVIL ACTION |
| v. | No. 18-1202 |
| PENN PRESBYTERIAN MEDICAL CENTER<br>*Defendant.* | |

## ORDER

**AND NOW**, this 7TH day of **May 2019**, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 14), Plaintiff's Response thereto (ECF No. 19), and Defendant's Reply in support of its Motion for Summary Judgment (ECF No. 22), it is hereby **ORDERED** and **DECREED** Defendant's Motion for Summary Judgment (ECF No. 14) is **GRANTED**. It is further **ORDERED** that Defendant's Motions in Limine, ECF No. 25 and 26, are **DENIED AS MOOT**.

The Clerk of Court is directed to close this matter.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE

1